**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**April 24, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

ROBERT G. LUSTYIK, JR.,

   Defendant - Appellant.

No. 14-4033
(D.C. No. 2:12-CR-00645-TC-DBP-1)

---

## ORDER

---

Before **GORSUCH** and **MATHESON**, Circuit Judges.

---

This matter comes on for consideration of the motion filed by the defendant requesting the refund of the filing and docketing fees paid for this appeal because counsel is court-appointed. Upon consideration thereof, the motion is denied as moot. The district court granted a similar motion on April 22, 2014. This court was unaware that this motion was filed in the district court because it was not on the district court docket and because counsel did not inform this court that the motion had been filed in the district court.

                              Entered for the Court
                              ELISABETH A. SHUMAKER, Clerk

                              by: Ellen Rich Reiter
                                  Jurisdictional Attorney